**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

**Jeffrey A. Bowersox, OSB No. 814422**
Bowersox Law Firm PC
jeffrey@bowersoxlaw.com
Phone 503-452-5858


Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **GRANT YOAKUM** as the professional personal representative for the estate of Earl Jacobe<br><br>Plaintiff<br><br>vs<br><br>**CURALEAF, INC.**<br><br>Defendant | Case No. 3:22-cv-00001-HZ<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE** – Page 1 of 3

## NOTICE OF APPEARANCE

The undersigned Mr. Jeffrey A Bowersox with the law firm of Bowersox Law Firm PC is now an attorney for plaintiff in this action.

_____   01-24-2020
Jeffrey A Bowersox                                     Date

January 19, 2022

RESPECTFULLY FILED,

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Of Attorneys for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**NOTICE OF APPEARANCE** – Page 2 of 3

## CERTIFICATE OF SERVICE

      I certify I caused this document to be served on all parties via CM/ECF.

January 24, 2022

                              s/ Michael Fuller
                              **Michael Fuller, OSB No. 09357**
                              Lead Trial Attorney for Plaintiff
                              OlsenDaines
                              US Bancorp Tower
                              111 SW 5th Ave., Suite 3150
                              Portland, Oregon 97204
                              michael@underdoglawyer.com
                              Direct 503-222-2000